# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Avoli, | : |
| | : |
| | : Civil Action No.:  4:13-cv-40010-TSH |
| Plaintiff, | : |
| v. | : |
| | : |
| Sallie Mae, Inc., | : |
| | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal of the above-captioned action, with prejudice, and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,                    Respectfully submitted,

  Joseph Avoli                              Sallie Mae, Inc.

  ___/s/ Sergei Lemberg_____           __/s/___John T. Graff_____

Sergei Lemberg, Esq.                        John T. Graff (BBO # 664825)
BBO No.: 650671                             jgraff@hrwlawyers.com
LEMBERG LAW, LLC                            HIRSCH ROBERTS WEINSTEIN LLP
1100 Summer Street, 3rd Floor               24 Federal Street, 12th Floor
Stamford, CT  06905                         Boston, Massachusetts 02110
(203) 653-2250                              (617) 348-4300
Attorney for Plaintiff                      Attorney for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg_____

              Sergei Lemberg